DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TOMAS BRIKSZA,**
Appellant,

v.

**MYRSA BRIKSZA,**
Appellee.

No. 4D2025-2328

[May 13, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James L. Martz, Judge; L.T. Case No. 502025DR000620XXXASB.

Tomas Briksza, Lake Worth, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed. See, inter alia, A.L. v. Dep't of Child. & Families*, 958 So. 2d 606, 607 (Fla. 4th DCA 2007) ("In the absence of an adequate transcript on appeal, a judgment that is not fundamentally erroneous must be affirmed." (cleaned up)).

CIKLIN, GERBER and LOTT, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***